# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>              Plaintiffs,<br><br>   v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>              Defendants. | CASE NO.  3:24-cv-4171<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br><br>[Local Civil Rul 6.1(b) ] |

      Application is hereby made for a Clerk's Order extending time within which defendant PEOPLE DATA LABS, INC. may answer, move, or otherwise reply to the Complaint filed by plaintiff(s), and it is represented that:

      1. This action was removed to this Court from the Superior Court of New Jersey, Law Division, Monmouth County, by the filing of a Notice of Removal on March 25, 2024;

      2.  Service of Process was effected on February 22, 2024 in the State court action where the complaint was filed;

      3.  No previous extension has been obtained; and

4. Time to Answer, Move or otherwise Reply expires on March 26, 2024, said date being 35 days after service of process pursuant to the State Court Rule.

s/*Ronald L. Davison*

_____
Ronald L. Davison
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel: 973-403-9200 Ext. 226
Email: rdavison@starrgern.com

ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply is extended to _____.

ORDER DATED:

By:_____
      Deputy Clerk

1