# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | CASE NO. 3:24-cv-4171<br><br>**<u>DECLARATION OF PROOF OF SERVICE OF NOTICE OF REMOVAL</u>** |

Ronald L. Davison, of full age, declares:

1. I am a member in good standing of the Bar of this Court and of the New Jersey State Bar. My law firm represents defendant People Data Labs Inc. ("PDL") in the above captioned action.

2. On this date, I cause to be served upon plaintiffs' counsel at their office address by New Jersey Lawyers Service and by e-mail copies of my client's Notice of Removal and all other papers contemporaneously filed by my client in this action.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

s/*Ronald L. Davison*

Dated: March 26, 2024

_____<br>Ronald L. Davison