# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | CASE NO. 3:24-cv-4171<br><br>**AMENDED APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br><br>[Local Civil Rul 6.1(b) ] |

This is an Amended Application for a Clerk's Order extending time within which defendant PEOPLE DATA LABS, INC. may answer, move, or otherwise reply to the Complaint filed by plaintiff(s), and it is represented that:

1. This action was removed to this Court from the Superior Court of New Jersey, Law Division, Monmouth County, by the filing of a Notice of Removal on March 25, 2024;

2. Service of Process was effected on February 22, 2024 in the State court action where the complaint was filed;

3. No previous extension has been obtained; and

4.  Under Fed. R. Civ. P. 81(c)(2, the Time to Answer, Move or otherwise Reply expires on April 1, 2024..

s/*Ronald L. Davison*

_____

Ronald L. Davison  
Starr, Gern, Davison & Rubin, P.C.  
105 Eisenhower Parkway, Suite 401  
Roseland, NJ 07068-1640  
Tel: 973-403-9200 Ext. 226  
Email: rdavison@starrgern.com

## ORDER

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply is extended to _____.

ORDER DATED:

By:_____  
Deputy Clerk