# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | CASE NO. 3:24-cv-4171<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF OUT-OF-STATE COUNSEL FOR DEFENDANT PEOPLE DATA LABS, INC.**<br><br>[Local Civil Rul 101.1] |

To: Genova Burns, LLC
　　Attn: Rajiv D. Parikh
　　494 Broad Street
　　Newark, NJ 07102
　　Attorney for plaintiff

　　　　PLEASE TAKE NOTICE that, pursuant to L. Civ. R. 101.1, on May 6, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, defendant People Data Labs, Inc. by and through its counsel, Starr, Gern, Davison & Rubin, P.C., shall move before the United States District Court for the District of New Jersey, at the United States Courthouse in Trenton, New Jersey, for an order admitting *pro hac vice* out-of-state attorney Jacob Sommer, Esq. to appear and represent the said defendant in this action.

PLEASE TAKE FURTHER NOTICE that in support of the motion the movant shall rely upon the accompanying declaration of attorney Jacob Sommer, Esq.

Respectfully submitted,

s/*Ronald L. Davison*

Ronald L. Davison
Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640
Tel: 973-403-9200 Ext. 226
Email: rdavison@starrgern.com
Attorney for People Data Labs, Inc.

Dated: April 4, 2024