AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-04171-HB |
| PEOPLE DATA LABS, INC., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PEOPLE DATA LABS, INC.

Date: 04/10/2024

/s  Richard Thomas Welch
*Attorney's signature*

Richard Thomas Welch | 032972006
*Printed name and bar number*

c/o Starr, Gern, Davison & Rubin, P.C.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068-1640

*Address*

rwelch@starrgern.com
*E-mail address*

(973) 403-9200
*Telephone number*

(973) 364-1403
*FAX number*