## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | CASE NO. 1:24-cv-4171<br><br>**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF OUT-OF-STATE COUNSEL FOR DEFENDANT PEOPLE DATA LABS, INC.**<br><br>[Local Civil Rule 101.1] |

To:    PEM Law, LLP
        Attn: Rajiv D. Parikh
        1 Boland Dr., Suite 101
        West Orange, New Jersey 07052
        Attorney for Plaintiffs

PLEASE TAKE NOTICE that, pursuant to L. Civ. R. 101.1, on May 6, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, defendant People Data Labs, Inc. by and through its counsel, Starr, Gern, Davison & Rubin, P.C., shall move before the United States District Court for the District of New Jersey, at the United States Courthouse in Camden, New Jersey, for an order admitting *pro hac vice* out-of-state attorney Sudhir Rao, Esq. to appear and represent the said defendant in this action.

PLEASE TAKE FURTHER NOTICE that in support of the motion the movant shall rely upon the accompanying declaration of attorney Sudhir Rao, Esq.

                      Respectfully submitted,

                      s/*Richard T. Welch*
                      _____
                      Richard T. Welch
                      Starr, Gern, Davison & Rubin, P.C.
                      105 Eisenhower Parkway, Suite 401
                      Roseland, NJ 07068-1640
                      Tel: 973-403-9200 Ext. 213
                      Email: rwelch@starrgern.com
                      Attorney for People Data Labs, Inc.

Dated: April 17, 2024