```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL. | : | CIVIL ACTION |
| | : | |
| | : | NO. 24-04171 |
| v. | : | |
| | : | |
| PEOPLE DATA LABS, INC., ET AL. | : | |

## ORDER

AND NOW on this __24th__ day of __April__, 2024 it is hereby ORDERED that the documents filed as a motion (ECF#'s: 6 & 10) are hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).

BY THE COURT:

*Harvey Bartle III*
_____ J.