UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>        Plaintiffs,<br><br>  v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>        Defendants. | CASE NO. 1:24-cv-4171<br><br>**MOTION FOR PRO HAC VICE ADMISSION OF OUT-OF-STATE COUNSEL FOR DEFENDANT PEOPLE DATA LABS, INC.**<br><br>[Local Civil Rul 101.1] |

To:   The Clerk of Court

       *and*

       PEM Law, LLC
       Attn: Rajiv D. Parikh
       1 Boland Sr., Suite 101
       West Orange, New Jersey 07052
       Attorney for plaintiff

    PLEASE TAKE NOTICE that, pursuant to L. Civ. R. 101.1, People Data Labs, Inc. by and through its counsel, Starr, Gern, Davison & Rubin, P.C., hereby moves before the United States District Court for the District of New Jersey, New Jersey, for an order admitting *pro hac vice* out-of-state attorney Jacob Sommer, Esq., to appear and represent the said defendant in this action,

and that a hearing on that motion is scheduled on May 20, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States Courthouse in Camden, New Jersey.

　　　　　PLEASE TAKE FURTHER NOTICE that in support of the motion, the movant relies upon the accompanying declarations of attorneys Jacob Sommer, Esq, and Richard T. Welch, Esq.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/*Richard T. Welch*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard T. Welch, Esq.
　　　　　　　　　　　　　　　　　　　Starr, Gern, Davison & Rubin, P.C.
　　　　　　　　　　　　　　　　　　　105 Eisenhower Parkway, Suite 401
　　　　　　　　　　　　　　　　　　　Roseland, NJ 07068-1640
　　　　　　　　　　　　　　　　　　　Tel: 973-403-9200 Ext. 226
　　　　　　　　　　　　　　　　　　　Email: rwelch@starrgern.com
　　　　　　　　　　　　　　　　　　　Attorney for People Data Labs, Inc.

Dated:  April 25, 2024