# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | CASE NO.  1:24-cv-4171<br><br>**DECLARATION OF JACOB SOMMER, ESQ. IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION AS COUNSEL FOR DEFENDANT PEOPLE DATA LABS, INC.**<br><br>[Local Civil Rule 101.1] |

Jacob Sommer, of full majority age, declares under penalty of perjury as follows:

1.  I am an attorney at law and shareholder of the law firm of ZwillGen PLLC which maintains offices in, among other locations, Washington, D.C. and New York City.

2.  I make this declaration in support of a motion for my admission *pro hac vice* as an attorney for defendant People Data Labs, Inc. in the above captioned action. People Data Labs, Inc. has requested that I and my law firm represent it, along with our local counsel, in this action.

3.  I was admitted to the Bar of the District of Columbia on May 12, 2006, and I am and have been since the date of my admission a member in good standing of that Bar. I am also a member in good standing of the United States Courts of Appeals for the D.C., First, Fourth,

Seventh, Ninth, and Eleventh Circuits, the United States District Court for the District of Columbia and the United States District Court for the Eastern District of Michigan.

4. The roll of members of the Washington, D.C. Bar is maintained under the auspices of the District of Columbia Court of Appeals, which has as its address: 430 E Street, NW, Washington, DC 20001.

5. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I acknowledge that I will have the continuing obligation during the period my admission *pro hac vice* to promptly advise this Court of the institution of any disciplinary proceedings against me. I further acknowledge that I will be within the disciplinary jurisdiction of this Court during the period of my admission *pro hac vice.*

7. I will strictly observe the Rules of Professional Conduct of this Court and the Procedural Rules of this Court, including dates fixed for scheduling conferences, motions, pretrial conferences, trials all other proceedings.

8. Ronald L. Davison, Esq., a member of the law firm of Starr, Gern, Davison & Rubin, P.C. of Roseland, New Jersey and a member of the Bar of this Court, is counsel of record in this action. Pursuant to L. Civ. R. 101.1(c)(4), Mr. Davison has agreed to promptly notify me and provide me with all notices, pleadings and orders which are received by him in this action.

I declare under penalty of perjury that the foregoing statements are true.

_____
Jacob Sommer

Dated: April 25, 2024