UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as an assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement office*, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE DATA LABS, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>Defendants. | CASE NO.  1:24-cv-4171<br><br>ORDER FOR PRO HAC VICE ADMISSION OF OUT-OF-STATE COUNSEL FOR DEFENDANT PEOPLE DATA LABS, INC.<br><br>[Local Civil Rul 101.1] |

THIS MATTER having been presented to the Court by motion of defendant People Data Labs, Inc. by and through its attorney, Starr, Gern, Davison & Rubin, P.C., upon notice to PEM Law, LLP, the attorney for plaintiff, Atlas Data Privacy Corporation, and the Court having reviewed the papers filed in support of the motion and all parties having consented to the entry of this order,

IT IS on this  29th  day of   April      , 2024,

ORDERED as follows:

1. The motion of defendant People Data Labs, Inc. for an order pursuant to L.Civ.R. 101.1 for the admission *pro hac vice* of Sudhir Rao, Esq., a member of the Bar of New York. and legal director of the law firm ZwillGen PLLC, as attorney for said defendant in this action, is granted;

2. Sudhir Rao, Esq. shall forthwith make payment to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a) for this calendar year and for each subsequent calendar year in which this action is pending;

3. Sudhir Rao, Esq. shall forthwith make payment of $150 to the Clerk of this Court;

4. Sudhir Rao, Esq. be and he hereby is deemed to be within the disciplinary jurisdiction of this Court; and

5. Sudhir Rao, Esq. is deemed to have certified under Fed. R. Civ. P. 11(b) to those pleadings, written motions and other papers that he signs, files, submits or later advocates to this Court.

*Harvey Bartle III*
HON. HARVEY BARTLE, U.S.D.J.

1