UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                   **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**  CV 24-4171 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
              v.
PEOPLE DATA LABS, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time  commenced:   2:34  PM                    Time Adjourned: 2:36 PM

Total:  2 minutes


                                                                    s/ *David Bruey*
                                                                    **DEPUTY CLERK**