## STARR, GERN, DAVISON & RUBIN
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 226-0031
WWW.STARRGERN.COM

EDWIN S. RUBIN (1929-2017)
RONALD L. DAVISON
AMOS GERN*†
IRA M. STARR°
JONATHAN J. LERNER*^
NICHOLAS STEVENS°^ (1964-2018)
STEPHEN R. URBINATO▫

JOHN T. BROST*
ALONA MAGIDOVA*^
RICHARD T. WELCH*
HENRY J. CISTRELLI
L. JUSTINE JURICK*<
DAVID WENDEL
STEWART J. MILLER
ANA RITA FERREIRA*

COUNSEL TO THE FIRM
LARRY M. COLE

OF COUNSEL
BRUCE M. PITMAN*^
CHARLES F. VUOTTO, JR.^◇
DONALD S. GOLDMAN^
SHELLEY L. STANGLER*
LYNN B. NORCIA^
CATHYANNE A. PISCIOTTA•

\* MEMBER NJ & NY BAR
° MEMBER NJ & DC BAR
▫ MEMBER NJ & PA BAR
< MEMBER NJ & TX BAR
† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
◇ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY
^ N.J.Ct.R. 1:40 QUALIFIED MEDIATOR
• L.L.M. IN TAXATION

Our File No: 80496-01     Email: rdavison@starrgern.com

September 9, 2024

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:   *Atlas Data Privacy Corp. v. People Data Labs, Inc.* (No. 1:24-cv-04171-HB)
Joinder in Defendants' Consolidated Opposition to Plaintiffs' Motion to Remand**

Dear Judge Bartle:

      This firm represents the defendant People Data Labs, Inc. ("PDL") in the above-referenced matter, which is among those cases over which Your Honor is presiding in the District of New Jersey involving a common plaintiff, Atlas Data Privacy Corp. ("Atlas"), asserting claims under New Jersey's Daniel's Law statute, *see* N.J.S.A. 47:1A-1–A-3 and N.J.S.A. 56:8-166.1, against various defendants (collectively, "the Atlas Cases").

      We write to advise the Court that PDL hereby joins the consolidated brief opposing Plaintiffs' motions to remand that is to be filed today on the dockets of the Atlas cases listed in the footnote to this letter (the "Consolidated Remand Opposition Brief").[1]   Various defendants,

---

[1] *Atlas Data Privacy Corp. v. CoreLogic, Inc.* (1:24-cv-04230-HB); *Atlas Data Privacy Corp. v. Enformion, LLC* (1:24-cv-04110-HB); *Atlas Data Privacy Corp. v. Carco Group Inc., Intellicorp Records, Inc.* (1:24-cv-04077-HB); *Atlas Data Privacy Corp. v. Remine Inc.* (1:24-cv-04182-HB); *Atlas Data Privacy Corp. v. Red Violet, Inc.* (1:24-cv-

Hon. Harvey Bartle, III, U.S.D.J.
September 9, 2024
Re: Docket No. 1:24-cv-04171-HB (D.N.J)

Page 2

including PDL, coordinated to prepare and submit the Consolidated Remand Opposition Brief, consistent with this Court's July 24, 2024 order in the instant case (DE 38). We have signed the joint brief on behalf of PDL, and the papers make clear to Atlas that the brief is intended to represent the arguments of all the participating defendants in each of their respective cases.

Accordingly, by this letter, PDL notes for the record on the docket of this case that it considers the arguments raised in the Consolidated Remand Opposition Brief to constitute its arguments in opposition to Plaintiffs' motion to remand. Should further action be required by PDL or its counsel to seek that relief in this case, we stand ready to proceed as the Court may direct.

        Respectfully submitted,
        STARR, GERN, DAVISON & RUBIN, P.C.

        /s/ Ronald L. Davison
        Ronald L. Davison, Esq.

cc: All Counsel of Record (Via ECF)

---

04113-HB); *Atlas Data Privacy Corp. v. AtData LLC* (1:24-cv-04447-HB); *Atlas Data Privacy Corp., v. Acxiom LLC* (1:24-cv-04107-HB).