## STARR, GERN, DAVISON & RUBIN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 226-0031
WWW.STARRGERN.COM

EDWIN S. RUBIN (1929-2017)
RONALD L. DAVISON
AMOS GERN*†
IRA M. STARR°
JONATHAN J. LERNER*^
NICHOLAS STEVENS°^ (1964-2018)
STEPHEN R. URBINATO□

JOHN T. BROST*
ALONA MAGIDOVA*^
RICHARD T. WELCH*
HENRY J. CISTRELLI
L. JUSTINE JURICK*<
DAVID WENDEL
STEWART J. MILLER
ANA RITA FERREIRA*

COUNSEL TO THE FIRM
LARRY M. COLE

OF COUNSEL
BRUCE M. PITMAN*^
CHARLES F. VUOTTO, JR.^◊
DONALD S. GOLDMAN^
SHELLEY L. STANGLER*
LYNN B. NORCIA^
CATHYANNE A. PISCIOTTA•

\* MEMBER NJ & NY BAR
° MEMBER NJ & DC BAR
□ MEMBER NJ & PA BAR
< MEMBER NJ & TX BAR
† CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
◊ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY
^ N.J.Ct.R. 1:40 QUALIFIED MEDIATOR
• L.L.M. IN TAXATION

Our File No: 80496-01     Email: rdavison@starrgern.com

September 13, 2024

**BY ECF**
Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp. v. People Data Labs, Inc.* (No. 1:24-cv-04171-HB)
      Joinder in Defendants' Consolidated Reply Brief in Support of Their Motion to Dismiss

Dear Judge Bartle:

      This firm represents the defendant People Data Labs, Inc. ("PDL") in the above-referenced matter, which is among those cases over which Your Honor is presiding in the District of New Jersey involving a common plaintiff, Atlas Data Privacy Corp. ("Atlas"), asserting claims under New Jersey's Daniel's Law statute, *see* N.J.S.A. 47:1A-1–A-3 and N.J.S.A. 56:8-166.1, against various defendants (collectively, "the Atlas Cases").

      We write to advise the Court that PDL hereby joins the consolidated reply brief in support of Defendants' motion to dismiss that is to be filed today on the docket of *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, No. 1:24-cv-4105 (the "Consolidated Reply Brief"). Various defendants, including PDL, coordinated to prepare and submit the consolidated reply brief, consistent with this Court's August 15 order in the instant case (DE 40). We have signed the joint brief on behalf of PDL, and the papers make clear to Atlas that the brief is intended to represent the arguments of all the participating defendants in each of their respective cases.

Hon. Harvey Bartle, III, U.S.D.J.
September 9, 2024
Re: Docket No. 1:24-cv-04171-HB (D.N.J)

Page 2

We further rely on the Court's August 15 order providing that PDL's joining in the briefing on the consolidated motion to dismiss shall not prejudice its right to assert any other defenses after the issues raised in the consolidated motion to dismiss and Plaintiffs' motion to remand are resolved by the Court.  *See* DE 40 ¶¶ 4-5.

Accordingly, by this letter, PDL notes for the record on the docket of this case that it considers the arguments raised in the Consolidated Reply Brief to constitute its arguments for dismissal of the Complaint in this action.  Should further action be required by PDL or its counsel to seek that relief in this case, we stand ready to proceed as the Court may direct.

        Respectfully submitted,
        STARR, GERN, DAVISON & RUBIN, P.C.


        /s/ Ronald L. Davison
        Ronald L. Davison, Esq.

cc: All Counsel of Record (Via ECF)