# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

          Plaintiff,

v.

          Case No.: 1:24−cv−04171−HB
          Judge Harvey Bartle (EDPA), III

PEOPLE DATA LABS, INC., et al.

          Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: MON L 0515 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

          Very truly yours,

          CLERK OF COURT
          By Deputy Clerk, lm

encl.
cc: All Counsel